FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2015 MAY -8 PM 2: 38
CLERK _CAdaus_
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

IN RE: ) Case Nos.: CR 315-004, U.S. v. B. Gwinn
LEAVE OF ABSENCE REQUEST FOR )
LAMONT A. BELK )
**May 8, May 21-22, and June 24-26, 2015** )

## ORDER

Upon consideration of the Motion for Leave of Absence filed by the United States of America in the above-cited cases on behalf of Assistant United States Attorney Lamont A. Belk for the following dates: May 8, May 21-22, and June 24-26, 2015, for travel outside of the district; the same is hereby GRANTED.

This ___8th___ day of ___May___, 2015.

_____
UNITED STATES DISTRICT COURT JUDGE
SOUTHERN DISTRICT OF GEORGIA