FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2015 OCT 20 AM 10: 01

CLERK
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

IN RE: ) Case Nos.:
LEAVE OF ABSENCE REQUEST FOR ) CR 315-004, U.S. v. Gwinn
LAMONT A. BELK ) CV 315-016, Jenkins v. U.S.
DEC. 28, 2015 – JAN. 4, 2016 )
)

## ORDER

Upon consideration of the Motion for Leave of Absence filed by the United States of America in the above-cited case on behalf of Assistant United States Attorney Lamont A. Belk for the following dates: December 28, 2015, through January 4, 2016, for travel outside of the country; the same is hereby GRANTED.

This ___ day of October, 2015.

_____
UNITED STATES DISTRICT COURT JUDGE
SOUTHERN DISTRICT OF GEORGIA